**Gary MAZZA, Plaintiff–Appellant,**

v.

**William BRATTON, as Commissioner of the New York City Police Department, Raymond P. Kelly, as Commissioner of the New York City Police Department, Lee P. Brown, as Commissioner of the New York City Police Department, The New York City Police Department and The Police Pension Fund Article II of the New York City Police Department, Defendants– Appellees.**

---

* Honorable David G. Trager, of the United States District Court for the Eastern District

No. 00–9146.

United States Court of Appeals, Second Circuit.

April 11, 2001.

Alan E. Wolin, Wolin & Wolin, Jericho, NY, for appellant.

Sharyn Rootenberg, Ass't Corp. Counsel, N.Y., NY, for appellees.

Present KEARSE, JOSÉ A. CABRANES, Circuit Judges, and TRAGER, District Judge.*

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Eastern District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Gershon's Opinion and Order dated August 3, 2000.

We have considered all of plaintiff's contentions on this appeal and have found in them no basis for reversal. The judgment of the district court is affirmed.